## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the ___4th___ day of April, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

Michael D. DeBaecke, Esquire
*Blank Rome LLP*
1201 Market Street, Suite 800
Wilmington, DE 19801

_____
Mary E. Augustine (No. 4477)